

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00174-CR

JOHN EVAN JOHNSON                                        APPELLANT

V.

THE STATE OF TEXAS                                              STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant John Evan Johnson attempts to appeal from his conviction, pursuant to a plea bargain, for aggravated robbery with a deadly weapon. The trial court's certification of his right to appeal states that this "is a plea-bargained case and the defendant has NO right of appeal," and "the defendant has waived the right of appeal."

---

[1]*See* Tex. R. App. P. 47.4.

On April 24, 2012, this court notified appellant about the statements on the trial court's certification and informed him that unless he or any party desiring to continue the appeal filed with the court, on or before May 4, 2012, a response showing grounds for continuing the appeal, the appeal may be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. We have received no response. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 24, 2012